1 LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
2 **LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
3 San Francisco, CA 94104
Telephone: 415-646-7160
4 Facsimile: 415-981-1270

5
Attorneys for Plaintiff
6

7 UNITED STATES DISTRICT COURT

8 NORTHER DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA A. DILL, | ) | CASE NO. C 06 1695 JSW |
| Plaintiff, | ) | Before the Honorable JEFFREY S. WHITE |
| v. | ) | [PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE |
| ELI LILLY AND COMPANY, | ) | |
| Defendants. | ) | Conference Date: June 30, 2006<br>Conference Time: 1:00 PM<br>Location: Courtroom 12, 17TH Floor<br>SAN FRANCISCO |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 30, 2006 Case Management Conference ("CMC") to December 8, 2006, at 1:30 p.m. . In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order. Plaintiff is HEREBY ORDERED to serve Defendant by no later than 120 days of the date of this Order.

**IT IS SO ORDERED.**

DATED: June 19, 2006

*/s/ Jeffrey S. White*
Honorable JEFFREY S. WHITE
United States District Court Judge

- 3 -   [PROPOSED] ORDER